**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MICHAEL FOWLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 22-03101-CV-S-DPR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| By and through the United States Department | ) | |
| of Agriculture, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiffs' Motion for Order for Service of Process by United States Marshal. (Doc. 3.) Pursuant to Rule 4(c)(3), Plaintiffs request an order that service on the United States be made by a United States marshal or deputy marshal. Here, Plaintiffs are neither proceeding in forma pauperis nor as seamen. Also, the defendant to be served is the United States under Rule 4(i), so law enforcement presence is not necessary to keep the peace. Therefore, the Court finds no basis for the relief requested, and the Motion for Order for Service of Process by United States Marshal is **DENIED**.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 10, 2022